| FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

MAR 3 1 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# *United States District Court*

## ————— DISTRICT OF ARIZONA—————

UNITED STATES OF AMERICA

V.

**James P. SCHILDER**
YOB: 1968
SSN# 7117

Phoenix, AZ  85044

# CRIMINAL COMPLAINT

CASE NUMBER:

06-4079M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   See Attached three counts.

In violation of Title_____36_____ Code of Federal Regulations, Section(s)_2.34(a) (2), (3), and (4), Disorderly Conduct_.

I further state that I am a Special Agent and that this complaint is based on the following facts:

See attached AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT  (Statement of Probable Cause).

**AUTHORIZED BY : CAMILLE BIBLES**
**Continued on the attached sheet and made a part hereof:   XX Yes      ⅄ No**

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____March 31, 2006_____ at _____Flagstaff, Arizona_____
Date                                                                                              City and State

Mark E. Aspey, US Magistrate
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**COUNT 1:** On October 2, 2005, in the District of Arizona, and within Grand Canyon National Park, the defendant James P. SCHILDER, did tell wrangler Bernice Reeve to "get your God dammed mules off the trail", and tell wrangler Tawn Magnum, "I should take that sign and shove it up your ass and the rangers, too.", in violation of Title____36____ Code of Federal Regulations, Sections(s)_2.34 (a) (2) Disorderly Conduct, (Uses language, and utterance, gesture, or engage in a display or act that is obscene, physically threatening or menacing , or done in a manner that is likely to inflict injury or incite and immediate breach of the peace.)

**COUNT 2:** On October 2, 2005, in the District of Arizona, and within Grand Canyon National Park, the defendant James P. SCHILDER did allow his dog to bark in the close proximity to a group of mules with riders after being told to keep his dog away from the mules, engaged in a shouting match and continued to yell at Magnum after the arrival of Ranger Cockcroft, in violation of Title____36____ Code of Federal Regulations, Sections(s)_2.34 (a) (3) Disorderly Conduct, (Makes noise that is unreasonable, considering the nature and purpose of the actor's conduct, location, and time of day or night, and other factors that would govern the conduct of a reasonably prudent person under the circumstances) .

**COUNT 3:** On October 2, 2005, in the District of Arizona, and within Grand Canyon National Park the defendant James P. SCHILDER did create a hazardous condition by directly disobeying the request by mule wranglers to keep his dog back from the mules, allowing his dog to bark in close proximity to the mules, nearly causing a mule wreck with 9 mules carrying tourists beginning a ½ day ride, in violation of Title 36____ Code of Federal Regulations, Sections(s)_2.34 (a) (4) Disorderly Conduct, (Creates or maintains a hazardous or physically offensive condition) .

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**United States v. JAMES P. SCHILDER**
**(Statement of Probable Cause)**

I swear and affirm that my name is Jennifer L. Sypher, and that I am employed by the National Park Service as a Special Agent. I am a graduate of the Federal Law Enforcement Training Center, and have been employed by the National Park Service for approximately twenty-five years.

The following information is the result of either complainant's own personal investigation, or has been provided to her by other law enforcement officers:

1. On 10/02/05, at approximately 1252 hours, National Park Service Ranger Diane Cockcroft received a report from National Park Service dispatch of a man with a dog harassing the mules and wranglers at the North Kaibab trailhead, on the North Rim of Grand Canyon National Park.

2. Ranger Cockcroft went to the North Kaibab trailhead and spoke with the head mule wrangler, Tawn Mangum. Mangum told Cockcroft that the man who was presently standing near him and currently attempting to argue with him (later identified as James P. SCHILDER) had almost caused a mule wreck with his dog.

3. Mangum told Cockcroft that he was standing near the corral when he first saw SCHILDER with his dog running across the parking lot towards the mules. Mangum stated that he radioed to the wrangler with the mules a heads up about the dog and ran after SCHILDER.

4. Wrangler Bernice Reeve had just begun a ½ day trail ride on her mule, leading a group of nine additional mules and riders. The group was between the corral and the main trail when she saw the man with the dog.

5. Mangum stated that he was yelling for SCHILDER to stop and that at first he did not think SCHIDLER was in control of the dog. Mangum stated he heard the wrangler with the mules, Bernice Reeve, also shouting for the man to stop.

6. Mangum stated that he saw one of the mules, "Galith", turn and square up to the dog.

7. Mangum stated that SCHILDER continued down to the trailhead, even though they told him to stop and wait a couple of minutes until the mules passed. Mangum and Reeve stated that SCHILDER'S response to their instructions was to tell them it was his right to be here and told Reeve to "Get your God damned mules off the trail".

1

8. Mangum stated he then walked down to the mules and helped lead them past the dog. When Mangum led the mules past the dog, the dog was whining and straining at his leash to get at the mules.

9. Ranger Cockcroft attempted to speak with SCHILDLER who instead of talking to Ranger Cockcroft about the incident, kept focusing on Mangum and trying to pick a fight with him. Ranger Cockcroft stated that she had to continually remind SCHILDER to talk to her and not to Mangum. During this time Mangum did not respond to SCHILDER, and eventually walked away to avoid a confrontation since SCHILDER would not quit yelling at him.

10. Ranger Cockcroft was able to get SCHILDER to talk to her once Mangum walked away. SCHILDER told Ranger Cockcroft that the only reason he kept on going with his dog was because the wranglers had not asked him nicely to stop and that they kept yelling at him to stop. SCHILDER told Ranger Cockcroft that he had not gone anywhere that dogs were not allowed.

11. Ranger Cockcroft interviewed Randy Wolf, a park visitor from Aubrey, Texas who observed the incident. Wolf told Ranger Cockcroft that he did not know any of the individuals involved. Wolf told Ranger Cockcroft that he believed SCHILDER was totally out of control with his dog and was not being reasonable. Wolf told Ranger Cockcroft that he did not see the wranglers do anything unreasonable and that SCHILDER was being completely unreasonable and explosive in his temper. Wolf stated that the instructions from the wranglers were clear and that SCHILDER directly disobeyed them. Wolf stated that SCHILDER was belligerent and refused to move away from the mules.

12. Ranger Cockcroft took written statements from Wolf, Mangum, and Reeve.

13. In Mangum's statement, Mangum wrote that when Ranger Cockcroft arrived, SCHILDER told him, "I should take that sign and shove it up your ass and the ranger's too."

14. In Reeve's statement, Reeve wrote that she asked SCHILDER to please stay back and go back to the parking lot till we go by. Reeve wrote that SCHILDER told her "No", and kept coming toward her. Reeve wrote that she told him again to stay back so he didn't get anyone hurt. SCHILDER told her, "Get your God Damned mules off the trail". Reeve then called her boss (Mangum) to help her get by so no one would get hurt. Reeve wrote that the dog started barking, which spooked one of the mules.

_(signature)_
Signature of Complainant

sworn to before me and subscribed in my presence,

_March 31, 2006_
Date

at <u>Flagstaff, Arizona</u>
City and State

<u>Mark E. Aspey, U.S. Magistrate Judge</u>
Name & Title of Judicial Officer

_(signature)_
Signature of Judicial Officer