# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>James P. Schilder,<br>　　　　Defendant. | Case No: 06-04079M-001-PCT-MEA<br><br>**O R D E R** |

Pursuant to the United States' motion to dismiss:

IT IS HEREBY ORDERED dismissing the Complaint in the above captioned number with prejudice.

IT IS FURTHER ORDERED vacating any further proceedings set in this matter.

DATED this 5th day of June, 2008.

_____
Mark E. Aspey
United States Magistrate Judge